

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2018

No. 04-18-00055-CR

Gina Janay **POTTS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-15-0938
Honorable Frank Follis, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file her brief is GRANTED. Appellant's brief is due on August 2, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court